UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE


**Josephine Amatucci**

    v.                                  Case No. **17-cv-00582-JL**

**Chase et al**


                          O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 19, 2018.

_____
Joseph N. Laplante
Chief Judge


Date: February 6, 2018

Cc: Josephine Amatucci, pro se